**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| PLANNED PARENTHOOD FEDERATION OF AMERICA, INC.; PLANNED PARENTHOOD: SHASTA-DIABLO, INC., DBA Planned Parenthood Northern California; PLANNED PARENTHOOD MAR MONTE, INC.; PLANNED PARENTHOOD OF THE PACIFIC SOUTHWEST; PLANNED PARENTHOOD LOS ANGELES; PLANNED PARENTHOOD/ORANGE AND SAN BERNARDINO COUNTIES, INC.; PLANNED PARENTHOOD OF SANTA BARBARA, VENTURA AND SAN LUIS OBISPO COUNTIES, INC.; PLANNED PARENTHOOD PASADENA AND SAN GABRIEL VALLEY, INC.; PLANNED PARENTHOOD CENTER FOR CHOICE; PLANNED PARENTHOOD OF THE ROCKY MOUNTAINS; PLANNED PARENTHOOD GULF COAST, <br><br> *Plaintiffs-Appellees*, <br><br> v. | No. 16-16997 <br><br> D.C. No. 3:16-cv-00236-WHO <br><br><br> ORDER AMENDING CONCURRENCE |

CENTER FOR MEDICAL
PROGRESS; BIOMAX
PROCUREMENT SERVICES, LLC;
DAVID DALEIDEN, AKA Robert
Daoud Sarkis; SANDRA SUSAN
MERRITT, AKA Susan
Tennenbaum; GERARDO ADRIAN
LOPEZ,
*Defendants-Appellants*,

and

TROY NEWMAN; PHILLIP S.
CRONIN; ALBIN RHOMBERG,
*Defendants.*

Filed August 1, 2018

Before:  Ronald M. Gould and Mary H. Murguia, Circuit
Judges, and Nancy Freudenthal,[*] Chief District Judge.

---

[*] The Honorable Nancy Freudenthal, Chief United States District
Judge for the District of Wyoming, sitting by designation.

**ORDER**

The concurrence opinion in the above-captioned matter filed on May 16, 2018, and published at 890 F.3d 828, is amended as follows:

At opinion page 838, delete the sentence: <I respectfully suggest that we should take this opportunity to fix this error in our court's precedent with a call of the case en banc.>

And replace the deleted sentence with: <Although the propriety of interlocutory appeals for denials of anti-SLAPP motions was not briefed by the parties in this case, I respectfully suggest that we take the opportunity to fix this error in the future.>

The Petition for Panel Rehearing and Rehearing En Banc remains pending.

**IT IS SO ORDERED.**